UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOLANO COUNTY PUBLIC DEFENDER'S OFFICE, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-0258 DB P<br><br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims his right were violated because the Solano County Public Defender's Office and Conflict Defender's Office refused to represent him.

　　　　By order dated May 3, 2021 the complaint was screened and dismissed for failure to state a claim. (ECF No. 7.) Plaintiff was given thirty days leave to file an amended complaint and warned that failure to file an amended complaint would result in a recommendation that this action be dismissed. Those thirty days have passed, and plaintiff has not filed an amended complaint or sought additional time to file an amended complaint. Thus, the court will recommend that this action be dismissed without prejudice for failure to prosecute and failure to comply with court orders.

////

////

1

Accordingly, the Clerk of the Court is ORDERED to randomly assign a district judge to this action.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 28, 2021

/s/ Deborah Barnes

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB.Prisoner.Inbox/Civil.Rights/S/john0258.f&r